LEVITT et al. v. SLIMAN.

(Supreme Court, Appellate Term, First Department. November 8, 1912.)

FRAUDS, STATUTE OF (§ 115*)—UNSIGNED ORDER FOR GOODS.

Under the statute of frauds, an order for goods, which was taken by the seller's agent, but not signed by the buyer, was not binding upon the buyer.

[Ed. Note.—For other cases, see Frauds, Statute of, Cent. Dig. §§ 242–250; Dec. Dig. § 115.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Charles H. Levitt and another against Thomas Sliman. From a judgment for plaintiffs, defendant appeals. Reversed and dismissed.

Argued October term, 1912, before SEABURY, GUY, and BIJUR, JJ.

Horwitz & Wiener, of New York City (Edwin Horwitz, of New York City, of counsel), for appellant.

George Ryall, of New York City, for respondents.

PER CURIAM. The action is for goods sold and delivered; the defense, the statute of frauds.

One of the plaintiffs testified that he wrote the defendant's order for goods on a printed slip and gave the defendant a duplicate. The order, which was not signed by the defendant, but by one of the plaintiffs, was in its material parts as follows:

Chas. H. Levitt & Co., Landco Knitting Mills.

[Trade-Mark]

Shawls, Fascinators, Sweaters, Gloves, Fancy Knit Goods, etc.,
321 Church Street, New York.

| No. | | 19 |
|---|---|---|
| Entered | | When to ship |
| 630 | | |
| Terms | | How to ship |
| | | Salesman G    3 |
| Sold to Thomas Sliman | | |
| At | Albany, Ga. | |
| Lot | Doz. | Not subject to countermand. |

Then follows a list of numbers, number of dozens of each kind of goods, and the aggregate price of each lot.

At the close of the evidence, defendant moved to dismiss. The court denied the motion. Defendant excepted.

The statute of frauds requires every contract within its terms to be signed by the party to be charged, or his agent in that behalf. Neither party can be the other's agent to bind him by signing the memorandum. Wilson v. Lewiston Mill Co., 150 N. Y. 315, 324, 326, 44 N. E. 959, 55 Am. St. Rep. 680; chapter 571, § 85, Laws 1911.

Judgment reversed, with costs, and complaint dismissed, with costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes